Date: 03/02/10

**DIVIDENDS REMITTED TO THE COURT**
Check Number 116 Dated 03/02/10
Case Number 08-35810 - BAUER, PHILLIP ALLEN

Page: 1

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark NJ 07193-5480 FINAL DISTRIBUTION 6700 | 000007 | 493.28 | 4.13 |
| QWEST CORPORATION ATTN JANE FREY 1801 CALIFORNIA ST RM 900 DENVER CO 80202-2658 FINAL DISTRIBUTION 8002 | 000010 | 234.30 | 1.96 |
| American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 FINAL DISTRIBUTION 2004 | 000014 | 11.30 | 0.10 |
| ---------- Remittance Total ---------- | | 738.88 | 6.19 |

John A. Hedback, Trustee

10 MAR -3 AM 9:12
U.S. BANKRUPTCY COURT
ST PAUL MN
RECEIVED